# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 3539 (KMK)  Date Filed: 5/3/2007

Plaintiff:
FIREMAN'S FUND INSURANCE COMPANY as subrogee of NOVA PETROLEUM SPECIALTIES COMPANY

vs.

Defendant:
M/V "YUAN JIANG", her engines, boilers, etc., and COSCO SHIPPING CO., LTD.

For:
Roman Badik
BADIK & WILL, LLP
106 Third Street
Mineola, NY 11501-4404

Received by SBI PROCESS SERVICE to be served on **COSCO SHIPPING CO., LTD., C/O COSCO CONTAINER LINES AMERICAS, INC., 100 LIGHTING WAY, SECAUCUS, NJ 07094**.

I, Charles M Tedesco Jr., being duly sworn, depose and say that on the **8th day of May, 2007** at **12:30 pm**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JALAL AZEEZKUNJU** as **ADMINSTRATIVE ASSISTANT**, who stated they are authorized to accept service for: **COSCO SHIPPING CO., LTD.** at the address of: **C/O COSCO CONTAINER LINES AMERICAS, INC., 100 LIGHTING WAY, SECAUCUS, NJ 07094**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Asian/Indian, Height: 5'9, Weight: 17-, Hair: Blk, Glasses: Y

Subscribed and Sworn to before me on the 8th day of May, 2007 by the affiant who is personally known to me

_____
NOTARY PUBLIC
LISA O'CALLAGHAN

_____
Charles M Tedesco Jr.
Process Server

SBI PROCESS SERVICE
61 Mt. Kemble Ave.
Suite 503
Morristown, NJ 07960-5176
(973) 267-1513
Our Job Serial Number: 2007000361
Ref: 07-H-188/189/190-RB

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g