**BLANK ROME LLP**
Attorneys for Defendant Cosco Shipping Co., Ltd.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel. (212) 885-5000
Fax. (212) 885-5001
Thomas H. Belknap, Jr. (TB-3188)
Matthew H. James (MJ-3286)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY    07-3539 (KMK)
as subrogee of NOVA PETROLEUM
SPECIALTIES COMPANY,

                      Plaintiff,

          -against-                      **FED. R. CIV. P. 7.1(a)**
                                                **DISCLOSURE STATEMENT**
M/V "YUAN JIANG", her engines, boilers, etc.   **OF DEFENDANT COSCO**
and COSCO SHIPPING CO., LTD.                   **SHIPPING CO., LTD.**

                      Defendants.
-----------------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned attorney of record certifies:

      Defendant COSCO SHIPPING CO., LTD. is a publicly held company traded on the Shanghai Stock Exchange. CHINA OCEAN SHIPPING (GROUP) COMPANY, a government-owned enterprise of the People's Republic of China, owns 10% or more of defendant's stock.

Dated:  New York, New York        BLANK ROME LLP
         May 25, 2007                 Attorneys for Defendant Cosco Shipping Co., Ltd.

                                  By:    s/Thomas H. Belknap, Jr
                                            Thomas H. Belknap, Jr. (TB-3188)
                                            Matthew H. James (MJ-3286)
                                            The Chrysler Building
                                            405 Lexington Ave
                                            New York, NY  10174