KARAS, S.

BADIAK & WILL, LLP
Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE COMPANY
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Refs.: 07-H-188/189/190-RB

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/07

---------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
as subrogee of NOVA PETROLEUM
SPECIALTIES COMPANY,

                Plaintiff,

    -against-

M/V "YUAN JIANG", her engines, boilers, etc.,
and COSCO SHIPPING CO., LTD.,

                Defendant.
---------------------------------------------------------X

07 CV 3539 (KMK)

STIPULATION AND
ORDER OF
DISCONTINUANCE

**IT IS HEREBY STIPULATED** and agreed that the above entitled matter having been settled, same be and herewith is dismissed with prejudice and without costs, but within prejudice to renew by letter application within thirty (30) days if settlement is not finalized.

DATED:    New York, New York
                July ___, 2007

BADIAK & WILL, LLP
Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE
    COMPANY
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Refs.: 07-H-188/189/190-RB

By: _____
    ROMAN BADIAK (RB-1130)

BLANK ROME, LLP
Attorneys for Defendant
405 Lexington Avenue
New York, New York 10174-0208
(212) 885-5334

By: _____
    MATTHEW H. JAMES (MJ-3286)

SO ORDERED:
_____
U.S.D.J.  8/6/07